# RECOMMENDATION TERMINATING
# SUPERVISED RELEASE PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs. )  Docket Number: 2:09CR00303-01
)
MICHAEL RICHARD JOOST )
)

**FILED**
SEP 2 1 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## LEGAL HISTORY:

On October 4, 2004, the above-named supervised releasee was placed on supervised release for a period of five years, which commenced on October 26, 2007. Special conditions included: Outpatient substance abuse treatment; Drug and alcohol testing; Abstain from using illicit drugs and abusing alcohol and prescription medications; Participate in a residential drug treatment program if deemed necessary by the Probation Officer; pay part or all of the costs of treating drug and/or alcohol dependency; and Pay the special assessment in accordance with the judgment order. On July 24, 2009, a transfer of jurisdiction from the Central District of California to the Eastern District of California was approved.

On August 25, 2011, the United States Attorney's Office in the Central District of California reviewed this case for a possible early termination. Assistant United States Attorney Amanda Liskamm advised their office has no objection to an early termination of Mr. Joost's supervised release.

## SUMMARY OF COMPLIANCE:

Mr. Joost has complied with all conditions and special conditions of supervised release, and has not been involved in any further criminal activities. Because of his overall compliance, on July 26, 2011, he was transferred to the Low Intensity Supervision caseload. It is the opinion of the probation officer that Mr. Joost has derived maximum benefit from supervision and is not in need of continued supervision.

**Re:** **MICHAEL RICHARD JOOST**
Docket Number: 2:09CR00303-01
**RECOMMENDATION TERMINATING**
**PRIOR TO EXPIRATION DATE**

### RECOMMENDATION:

It is, therefore, respectfully recommended that Mr. Joost be terminated early from his term of supervised release.

Respectfully submitted,

/s/Julie A. Fowler
**JULIE A. FOWLER**
**United States Probation Officer**

Dated:   September 2, 2011
Sacramento, California
JAF/cp

**REVIEWED BY:**   /s/Terence E. Sherbondy
**TERENCE E. SHERBONDY**
**Deputy Chief Probation Officer**

cc:   AUSA (Pursuant to Rule 32, notice of proposed relief to the supervised releasee is being provided. If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)

Rev. 04/2007
EARLY TERMINATION ~ RECOMMENDATION.MRG

PROB 35

# ORDER TERMINATING SUPERVISED RELEASE
# PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 2:09CR00303-01** |
| ) | |
| **MICHAEL RICHARD JOOST** ) | |

On October 4, 2004, the above-named was placed on supervised release for a period of five years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

**JULIE A. FOWLER**
**United States Probation Officer**

Dated:   September 2, 2011
         Sacramento, California
         JAF/cp

**REVIEWED BY:** _____
**TERENCE E. SHERBONDY**
**Supervising United States Probation Officer**

Re: **MICHAEL RICHARD JOOST**
Docket Number:  2:09CR00303-01
**ORDER TERMINATING SUPERVISED RELEASE**
<u>**PRIOR TO EXPIRATION DATE**</u>

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

_____9/20/11_____          _____[signature]_____
**Date**                                              EDWARD J. GARCIA
                                                      **Senior United States District Judge**


Attachment:   Recommendation
cc:           United States Attorney's Office